**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

DAVID S. BODINE, )
)
                Plaintiff, )
)
        v. ) No. CIV-10-142-FHS-KEW
)
MICHAEL J. ASTRUE, )
Commissioner Social Security )
Administration, )
)
                Defendant. )

## ORDER

On July 12, 2011, the United States Magistrate Judge for this District filed Findings and Recommendations in this case. No objection was filed so the Findings are deemed confessed.

The Findings and Recommendations suggest that the case be **REVERSED AND REMANDED** for further administrative proceedings. It orders the ALJ shall re-evaluate the credibility of claimant's testimony and claims of pain in light of the entire medical record. This Court finds the Findings of the Magistrate Judge applied the proper standards and documents numerous references to the record which support the recommendation of the Magistrate Judge that the Secretary's decision be **REVERSED AND REMANDED.**

Upon consideration of the entire record and the issues herein, this Court finds and orders that the Findings and Recommendations of the United States Magistrate Judge be **SUSTAINED** and adopted by this Court as this Court's Findings and Order. Accordingly, this case is **REVERSED AND REMANDED** to the defendant under the fourth sentence of 42 U.S.C. §405(g) for proceedings consistent with this order.

**IT IS SO ORDERED** this 2nd day of August, 2011.

Frank H. Seay  
United States District Judge  
Eastern District of Oklahoma